**DUNN LAW FIRM**
Michael C. Dunn
Nevada Bar No. 8434
P.O. Box 2318
11O W. Tabernacle
St. George, UT 84771
P: (435)628-5405
F: (435) 628-4145
mdunn@dunnfirm.com

Tony G. Terry
Nevada Bar No. 792
TONY TERRY, LTD
P.O. Box 375
Logandale, NV 89021
Fax: (702) 398-3581
tony@tonyterryltd.com

*Attorney for Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| BRADLEY TERRY, an individual, RICHARD DOERR, and individual, CREATIVE FINANICAL SERVICES, LLC, a Nevada limited liability company, and REGIS ADVISORY GROUP, LLC, a Nevada limited liability company, | Case No.: 2:19-CV-00659-JAD-CWH |
| *Plaintiffs* | ECF No. 9, 11 |
| v. | |
| STEPHEN KEITH MONGIE, an individual, and MONGIE FINANCIAL, LLC a Utah limited liability company, | |
| *Defendants* | |
| | **AMENDED STIPULATION** |

- 1 -

## AMENDED STIPULATION TO EXTEND TIME FOR PLAINTIFFS TO OPPOSE DEFENDANTS' MOTION TO DISMISS
**(First Request)**

Pursuant to Federal Rule of Civil Procedure 6(b)(1) and Local Rule LR IA 6-1, Plaintiffs BRADLEY TERRY, an individual, RICHARD DOERR, and individual, CREATIVE FINANICAL SERVICES, LLC, a Nevada limited liability company, and REGIS ADVISORY GROUP, LLC, a Nevada limited liability company ("Plaintiffs"), and Defendants STEPHEN KEITH MONGIE, an individual, and MONGIE FINANCIAL, LLC a Utah limited liability company ("Defendants"), by and through their respective counsel of record, hereby stipulate and move this Court to extend the time for Plaintiffs to respond to Defendants' Motion to Dismiss, which was filed on April 23, 2019, until **May 15, 2019**. The time originally prescribed for Plaintiffs to respond has not expired, and this is the first request.

DATED this 7th day of May, 2019.

/s/ Michael C. Dunn
Michael C. Dunn
DUNN LAW FIRM
Attorneys for Plaintiffs

DATED this 7th day of May, 2019.

/s/ Michael D. Rawlins
(*signed with permission by filing attorney*)
Michael D. Rawlins
SMITH & SHAPIRO, PLLC
Attorneys for Defendants

IT IS SO ORDERED:

_____ _____ _____

UNITED STATES DISTRICT JUDGE

DATED: ___5-9-19_____